*In re* JOHNNY ELÍAS RIVERA.

*Número:* CE-86-841     *Resuelto:* 30 de diciembre de 1986

*Rafael Ortiz Carrión, Procurador General, Norma Cotti Cruz, Subprocuradora General, Eliadís Orsini Zayas, Procuradora General Auxiliar,* abogados de El Pueblo.

PER CURIAM: ■ El abogado Johnny Elías Rivera fue admitido a la práctica de la profesión el 20 de mayo de 1975 y al ejercicio del notariado el 23 de junio de 1975. El 2 de diciembre de 1986 fue convicto en la Corte de Distrito Federal para el Distrito de Puerto Rico por dos infracciones a la Sec. 153 del Tít. 18 de leyes federales, 18 U.S.C. sec. 153. Como señala el Procurador General, el licenciado Elías Rivera fue convicto por un delito cometido en conexión con la práctica de su profesión, al apropiarse, disponer y transferir ilegalmente fondos y propiedades que no le pertenecían.

■ Este delito implica depravación moral, y de acuerdo con la Sec. 9 de la Ley de 11 de marzo de 1909 (4 L.P.R.A. sec. 735), el poder inherente de este Tribunal y la jurisprudencia, una vez presentada copia certificada de la sentencia procede su separación inmediata del ejercicio de la abogacía. *In re Hita Giordani*, 117 D.P.R. 415 (1986).

*Se decretará la separación inmediata de Johnny Elías Rivera del ejercicio de la abogacía y se ordenará que su nombre sea borrado del Registro de Abogados autorizados para ejercer la profesión en esta jurisdicción.*

El Juez Asociado Señor Rebollo López y la Juez Asociada Señora Naveira de Rodón no intervinieron.